No. 6352.—AGUILERA, aplnte., v. CLAUDIO y AGUILERA, apldos.— C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mayo 31, 1933.

Por los fundamentos de la resolución dictada en el día de hoy en el caso No. 6351, *Julia Dolores Aguilera* v. *Ramona Pérez Lugo et als.*, se desestima la apelación entablada contra la sentencia de la Corte de Distrito de Ponce de fecha 27 de febrero, 1933.

No. 5836.—WILCOX, apldo., v. SOLER, VDA. DE ROCAFORT, aplte.— C. D. Humacao. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mayo 1, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el presente recurso sin la asistencia de las partes y atendido el resultado del Certiorari No. 826, *Josefa Soler Vda. de Rocafort* v. *Corte de Distrito de Humacao, Hon. R. Arjona Siaca, Juez*, 43 D.P.R. 1010, se desestima, por académica, la presente apelación.